**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6450**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL E. WILLIAMS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:03-cr-00344-HEH-1)

_____

Submitted: August 26, 2013          Decided: August 28, 2013

_____

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael E. Williams, Appellant Pro Se. Stephen David Schiller, Assistant United States Attorney, Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Williams</u>, No. 3:03-cr-00344-HEH-1 (E.D. Va. Mar. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>